NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DANIELLE JULIA HALFON,                    )
                                          )
      Appellant,                        )
                                          )
v.                                        )          Case No. 2D16-5265
                                          )
STATE OF FLORIDA,                         )
                                          )
      Appellee.                         )
                                          )
_____     )

Opinion filed June 15, 2018.

Appeal from the Circuit Court for
Hillsborough County; Vivian T. Corvo,
Judge.

Howard L. Dimmig, II, Public Defender,
and Richard P. Albertine, Jr., Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Wendy Buffington,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


      Affirmed.


CASANUEVA, CRENSHAW, and LUCAS, JJ., Concur.